UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| JONATHON BROWN-MURPHY, | : | VIOLATION: |
| | : | 18 U.S.C. § 2113(a) |
| Defendant. | : | (Bank Robbery) |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1(C); |
| | : | 21 U.S.C. § 853(p); and |
| | : | 28 U.S.C. § 2461(c) |
| | : | (Category B) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 23, 2022, in the District of Columbia, **JONATHON BROWN-MURPHY**, by force, violence and intimidation did take from the person or presence of another, money, namely $1,900 in United States Currency, belonging to and in the care, custody, control, management, and possession of the Capital One Bank at 2831 Alabama Avenue S.E., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT TWO

On or about May 23, 2022, in the District of Columbia, **JONATHON BROWN-MURPHY**, did enter the Wells Fargo Bank at 1545 Alabama Avenue S.E., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with intent to commit a larceny in such bank.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## FORFEITURE ALLEGATION

1.  Upon conviction of either of the offenses alleged in Counts One, and/or Two of this Indictment, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the approximate amount of $1,900.00.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant.

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Sections 2461(c), and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /GPR*
Attorney of the United States in
and for the District of Columbia